UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| AMERICAN BROADBAND COMMUNICATIONS, LLC, | Civil No. 10-2195 (JRT/FLN) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| REDWOOD COUNTY TELEPHONE COMPANY, CLEMENTS TELEPHONE COMPANY, MAZER TELECOM ADVISORS, LLC, MICHAEL MAZER, AND XYZ CORPORATION, | |
| Defendants. | |

_____

Wesley Graham and Joseph Dixon, Jr., **HENSON & EFRON, P.A.**, 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402; John Floyd, Thomas Myrick, and John Fagg, Jr., **MOORE & VAN ALLEN PLLC**, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202, for plaintiff.

Keiko Sugisaka, Justin Perl, and Leora Maccabee, **MASLON EDELMAN BORMAN & BRAND, LLP,** 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the stipulation of dismissal filed by the parties on July 27, 2010 [Docket No. 48].

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED, with PREJUDICE** and on the merits, without costs and disbursement to any party.

DATED: July 28, 2010
at Minneapolis, Minnesota.

                                                                         s/ John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                            United States District Judge